N THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| NIKEEM MILLER, | § | |
| | § | |
| Defendant Below, | § | No. 522, 2018 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1711001185 (N) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: November 5, 2018
Decided: December 10, 2018

Before **VALIHURA**, **SEITZ**, and **TRAYNOR**, Justices.

## **ORDER**

After careful consideration of the appellant's opening brief, the State's motion to affirm, and the record on appeal, the Court concludes that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its well-reasoned order dated September 13, 2018. The Superior Court did not abuse its discretion in denying the appellant's motion for reduction of his four-year Level V sentence to the three-year minimum mandatory sentence.

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice